UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jonathan Lee Riches ©,
Plaintiff

v.

Civil No:
2:07cv 2711 FCD EFB

Dick Clarks New Year Rockin' Eve 2008; Mummers Parade;
Rose Bowl,
Defendants

## Complaint

42 USC 1983 / Celebrating my 6th/8th amendment rights being violated =

Comes now the Plaintiff, Jonathan Lee Riches ©, in pro-se, under 42 USC 1983. I seek $60 million and a Emergency Restraining order forbidding Dick Clark from entering NYC. Clark needs to be quarantined. Everyone on New Years are going to be celebrating my 5th year in prison. FCI Williamsburg plans to host a Super New Years party Bash on T.V., Every major credit card company, and retail stores plan to blow horns and Clark New Year Rockin' Eve 2008, of my solitary cell. Dick Clark hired a American Bandstood. Rapper Eminem is going to Rap "J-Riches, his civil rights violated, word to the snitches". Defendants have big posters of me and throw darts at it. The Mummers plan to fly a huge float of me starving in a prison cell, as onlookers tease me with carbs. Dick Clark caused me to have a massive stroke. This is noise pollution, on New Years I will be sleeping in a tiny 6 by 9 cell, a violation of civil rights. Clark won't allow me a prison furlough to attend a cyber thief conference Defcon at Las Vegas.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg     843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted
Jonathan Lee Riches ©

(PC) Riches v. Dick Clark New Year Rockin' Eve 2008, et al