IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

      Plaintiff,                        No. CIV S-07-2711 FCD EFB P

      vs.

DICK CLARK'S NEW YEAR
ROCKIN' EVE 2008, et al.,

      Defendants.              <u>ORDER</u>

      Plaintiff, an incarcerated federal prisoner at the Williamsburg Federal Correctional Institution ("FCI Williamsburg") in Salters, South Carolina, has brought suit in this court against the Dick Clark's New Year Rockin' Eve 2008, the Mummers parade, and the Rose Bowl.

      Plaintiff claims that Dick Clark caused him to have a massive stroke and the "Mummers plan to fly a huge float of [him] starving in a prison cell, as onlookers tease [him] with carbs," among other fanciful allegations.

      Plaintiff has not filed an *in forma pauperis* application. The court will not proceed in the absence of such an application. Plaintiff has two choices: (1) file such an application at which time the court will assess a required installment payment of the $350 filing fee in each case; or (2) file a dismissal of his claims which are obviously going to be dismissed by ruling in any

1

1  event if the court is compelled to go that far.
2  Accordingly, IT IS HEREBY ORDERED that:
3  1. Plaintiff shall file the *in forma pauperis* application or dismissal notice within twenty
4  days;
5  2. The Clerk of the Court is directed to send to plaintiff a copy of the *in forma pauperis*
6  application used in this district.
7  DATED: January 3, 2008.

     _____
     EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

2