IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                     No. CIV S-07-2711 FCD EFB P

    vs.

DICK CLARK'S NEW YEAR
ROCKIN' EVE 2008, et al.,

    Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

    On January 3, 2008, the court ordered plaintiff to file an in forma pauperis affidavit or pay the appropriate filing fee within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

    The 30-day period has expired and plaintiff has not filed a completed in forma pauperis affidavit or paid the appropriate filing fee.

    It therefore is RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2   within the specified time may waive the right to appeal the District Court's order. *Turner v.*
3   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
4   Dated: February 28, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE